(September 24, 1943.)

In the Matter of the Claim of THOMAS FEELY, Respondent, against EAGLE PLASTICS CORPORATION et al., Respondents, and (AMERICAN) LUMBERMENS MUTUAL CASUALTY COMPANY OF ILLINOIS, Appellant. STATE INDUSTRIAL BOARD, Respondent.—

All concur.